IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LORI ANN HARRIS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:12-cv-00464-JJV |
| CAROLYN COLVIN, Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## ORDER AND JUDGMENT

The Defendant filed a Motion to Reverse and Remand to the Commissioner for further development of the record. (Doc. No. 12.) Plaintiff does not object to the Motion. For good cause shown, the Motion to Reverse and Remand is GRANTED.

This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 12th day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE