IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LORI ANN HARRIS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, | * | No. 4:12-cv-00464-JJV |
| Acting Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner responded and offered no objection to the fees requested. So, after careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable. Therefore the Court approves attorney fees and costs in the amount of $1,930.56 (10.25 attorney hours at $168.38 per hour and 1.2 hours at $170.55 per hour).

2. The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 28th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE